**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| LIGHT SOURCES, INC., | |
| Plaintiff, | Civil Action No. |
| v. | |
| FIRST LIGHT TECHNOLOGIES, INC., | **JURY TRIAL DEMANDED** |
| Defendant. | |

## COMPLAINT

Plaintiff, Light Sources, Inc., does hereby, through its attorneys, allege as follows:

## THE PARTIES

1. Plaintiff, Light Sources, Inc., (hereinafter "Light Sources"), is a Connecticut corporation, having a principal place of business at 37 Robinson Boulevard, Orange, Connecticut 06477.

2. Upon information and belief, Defendant, First Light Technologies, Inc., (hereinafter "First Light"), is a Vermont corporation, having a principal place of business at 212 Ideal Way, Poultney, Vermont 05764.

## JURISDICTION AND VENUE

3. This is a claim for patent infringement and arises under the patent laws of the United States, Title 35 of the United States Code. This Court has original jurisdiction over the subject matter of this claim under 28 U.S.C. §§ 1331 and 1338(a).

4. This Court has personal jurisdiction over First Light in that it transacts business in this judicial district and/or has committed acts within this judicial district giving rise to this action.

5. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b), (c), 1400.

## BACKGROUND FACTS

6. Light Sources and its affiliated companies are high-tech designers and manufacturers in the lamp manufacturing industry. Light Sources is the world market leader for producing low pressure tanning lamp and UVC quartz germicidal lamp technologies.

7. Light Sources is the owner by assignment of United States Patent No. 7,604,505 entitled "Ultraviolet Lamp for Use in Water Purifiers," issued on October 20, 2009 (the "'505 patent"). A true and correct copy of the '505 patent is attached hereto as Exhibit A.

8. Upon information and belief, First Light manufactures low and medium pressure UVC lamps.

9. First Light has infringed, and continues to infringe at least independent claim 1 of the '505 patent by making, using, selling, offering to sell and/or importing products, including at least its "21000810-UV Replacement UV Lamp 254NM" and its "RL-210HO-UV Replacement UV Lamp 254NM" (collectively the "UV Replacement Lamps"), and will continue to do so unless enjoined therefrom by this Court.

10. First Light has infringed and continues to infringe at least independent claim 1 of the '505 patent at least because the UV Replacement Lamps consist of a lamp base to be fitted on an end of a lamp bulb and designed to couple with a socket, and the lamp bases comprises a cylindrical body having an end surface, and also have a first step portion and a second step portion, each comprising a flat face extending perpendicular to the end surface, and they further have a raised face that is perpendicular to the flat face, and they also have a first upper pin connector provided on the raised face of the first step portion and extending perpendicular to the

first step portion, as well as a second upper pin connector provided on the raised face of the second step portion and extending perpendicular to the first step portion, a first and second lower pin connector provided on the end surface and extending perpendicular to the end surface, and wherein the first step portion and the second step portion are arranged on opposite sides of the lamp base so as to define a central recess between the first step portion and the second step portion of the accused UV Replacement Lamps.

11. Upon information and belief, First Light sells and/or offers for sale the UV Replacement Lamps, in this judicial district and elsewhere, through UV Superstore, Inc.'s online store, http://uvsuperstore.com. True and correct copies of the UV Superstore, Inc.'s webpages are attached hereto as Exhibit B.

12. Light Sources has been irreparably harmed by First Light's infringement to an extent not yet determined, and will continue to be irreparably harmed in the future unless First Light is enjoined from its activities by this Court.

**COUNT I**
**(Infringement of U.S. Patent No. 7,604,505)**

13. Light Sources repeats and realleges paragraphs 1 - 12, above, as though fully set forth herein.

14. First Light infringes and will continue to infringe the '505 patent, including at least claim 1 thereof, by, among other activities, offering to sell or selling its UV Replacement Lamps.

15. Upon information and belief, First Light's continued infringement of the '505 patent has been and continues to be knowing, willful, and objectively reckless.

16. As a direct and proximate result of First Light's infringing acts, Light Sources has suffered and will continue to suffer damages, including which are causing them irreparable harm.

## PRAYER FOR RELIEF

WHEREFORE, Light Sources respectfully asks this Court to enter judgment against First Light, and against respective subsidiaries, successors, parents, affiliates, officers, directors, agents, servants and employees, and all persons in active concert or participation with First Light, granting the following relief:

A. The entry of judgment in favor of Light Sources and against First Light;

B. A permanent injunction prohibiting further infringement of the '505 patent;

C. An award of damages adequate to compensate Light Sources for the infringement that has occurred, but in no event less than a reasonable royalty for the use made of the inventions of the '505 patent as provided in 35 U.S.C. § 284;

D. Award Light Sources treble damages as provided in 35 U.S.C. § 284;

E. Find that this case is exceptional and award Light Sources its costs in this action together with reasonable attorneys' fees as provided in 35 U.S.C. § 285; and

F. Such other relief to which Light Sources is entitled under law, and any other and further relief that this Court or a jury may deem just and proper.

## DEMAND FOR JURY TRIAL

Light Sources demands a trial by jury on all issues so triable.

Date: May 15, 2017

Respectfully submitted,

/s/ Steven M. Coyle
Steven M. Coyle, Esq. (ct21039)
scoyle@cantorcolburn.com
Tasia E. Hansen, Esq. (ct29498)
thansen@cantorcolburn.com
Cantor Colburn LLP
20 Church Street
22nd Floor
Hartford, CT 06103
Tel. (860) 286-2929
Fax. (860) 286-0115

*Attorneys for Plaintiff*